UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER DEAN O., | ) | CASE NO. SACV 19-163 AGR |
|            Plaintiff, | ) ) | JUDGMENT |
|   v. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
|            Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: April 21, 2020

                                        ALICIA G. ROSENBERG
                                    United States Magistrate Judge